**Order filed, February 05, 2014.**



In The

# Fourteenth Court of Appeals

——————

## NO. 14-14-00028-CV

——————

**LANE-VALENTE INDUSTRIES (NAT'L), INC, Appellant**

**V.**

**J.P. MORGAN CHASE, N.A. AND BOVIS LEND LEASE, INC., Appellee**

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2012-36514**

## ORDER

The reporter's record in this case was due **February 03, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Donna King**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM